OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

02 1R                $ **00.26**5
0006557458      DEC 10 2014
MAILED FROM ZIPCODE 78701

**12/4/2014**
**SMITH, WAYNE**          Tr. Ct. No. W00-73063-S (B)          WR-62,807-04
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

WAYNE SMITH
ELLIS I UNIT - TDC # 1096076
1697 FM 980                                    U TF
HUNTSVILLE, TX 77343

MSB 77320 RTS